MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV
Counsel for Wage and Hour
JENNIFER STA.ANA (CSBN 307977)
Trial Attorney
Office of the Solicitor
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-7767
StaAna.Jennifer.L@dol.gov

*Attorneys for Plaintiff Martin J. Walsh,
United States Secretary of Labor*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. WALSH,<br>    Secretary of Labor,<br>    United States Department of Labor,<br><br>                    Plaintiff,<br><br>              v.<br><br>CHE GARIBALDI dba TAQUERIA GARIBALDI, a California corporation; EDUARDO HERNANDEZ, an individual; HECTOR MANUAL MARTINEZ GALINDO, an individual; and ALEJANDRO RODRIGUEZ, an individual,<br><br>                    Defendants. | Case No. 2:22-CV-00756-WBS-KJN<br><br>**PROOF OF SERVICE RE: THE SECRETARY'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date:     n/a<br>Time:    n/a<br>Judge:   Hon. William B. Shubb |

**PROOF OF SERVICE**

I am a citizen of the United States of American and over eighteen years of age. I am not a party to this litigation. I am employed at the U.S. Department of Labor, located at 90 Seventh Street, Suite 3-700, San Francisco, California 94103. On July 1, 2022, I served the following documents, described and by the means below:

- **THE SECRETARY'S APPLICATION FOR TEMPORARY RESTRAINING ORDER FOR DEFENDANTS TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

- **THE SECRETARY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR TEMORARY RESTRAINING ORDER & ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

- **DECLARATION OF RAQUEL ALFARO IN SUPPORT OF THE SECRETARY'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

- **DECLARATION OF JENNIFER L. STA.ANA IN SUPPORT OF THE SECRETARY'S APPLCIATION FOR A TEMPORARY RESTRIANING ORDER**

- **[PROPOSED] TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

|   |   |
|---|---|
|   | (By Facsimile Transmission) By transmitting via facsimile the document listed above to the fax number set forth below. |
|   | (By Mail) By placing the document listed above in a sealed envelope with postage thereon by U.S. Mail |
|   | (By Hand Delivery) By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the addresses shown below. |
|   | (By Overnight Delivery) By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges to be sent by UPS, addressed as shown below. |
|   | (By Personal Service) By personally delivering a true copy thereof, enclosed in a sealed envelope, to the addresses shown below. |
| x | (By E-Mail) By electronically transmitting a PDF of the document listed above, addressed as set forth below. |
| x | (By ECF) By electronically transmitting of a PDF of the document through the Court's Electronic Case Filing ("ECF") system to attorneys registered in this case through ECF. |

PROOF OF SERVICE RE: THE SECRETARY'S APPLICATION FOR TEMPORARY RESTRAINING ORDER
Case No. 2:22-CV-00756-WBS-KJN                                                                                                   Page  2

I declare under penalty of perjury that the above is true and correct.

Executed on July 1, 2022, at San Francisco, California.

<u>/s/ Jennifer L. Sta.Ana</u><br>
JENNIFER L. STA.ANA

**NAME AND ADDRESS/EMAIL OF EACH PERSON SERVED:**

Alden J. Parker, Esq.
Fisher & Phillips LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
aparker@fisherphillips.com

*Attorneys for Defendants*