Alden J. Parker (SBN 196808)
E-Mail:  aparker@fisherphillips.com
Marco A. Rodriguez (SBN 329938)
E-Mail:  marodriguez@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile:  (916) 210-0401

Attorneys for
Defendants CHE GARIBALDI dba
TAQUERIA GARIBALDI; EDUARDO
HERNANDEZ; HECTOR MANUAL MARTINEZ
GALINDO; and ALEJANDRO RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>CHE GARIBALDI dba TAQUERIA GARIBALDI, a California corporation; EDUARDO HERNANDEZ, an individual; HECTOR MANUAL MARTINEZ GALINDO, an individual; and ALEJANDRO RODRIGUEZ, an individual,<br><br>Defendants. | Case No:   22:cv-00756-WBS-KJN<br><br>**DECLARATION OFALDEN J. PARKER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>**Date:  July 7, 2022**<br>**Time: 10:00 a.m.**<br>**Location:**<br>**Courtroom 5, 14th Floor**<br>**Robert T. Matsui Courthouse**<br>**501 I Street**<br>**Sacramento, CA 95814**<br><br>Complaint Filed: May 4, 2022<br>Trial Date:      None Set |

1

DECLARATION OF ALDEN J. PARKER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
APPLICATION FOR TEMPORARY RESTRAINING ORDER

FP 44459498.1

## <u>DECLARATION OF ALDEN J. PARKER</u>

I, Alden J. Parker, declare as follows:

1.     I am the Regional Managing Partner for the Sacramento office of Fisher & Phillips, LLP. I am counsel of record for Defendants in this matter. I have personal knowledge of the facts set forth herein, and if called upon to testify thereto, I could and would competently do so under oath.

2.     On or about May 2021, the United States Department of Labor ("DOL") began an investigation into the wage and hour practices of the Company. The DOL then filed an action against the Company in the United States District Court for the Eastern District of California on May 5, 2022, alleging unlawful wage and hour practices and interference with the DOL's investigation.

3.     On May 11, 2022, Plaintiff's counsel Jennifer L. Sta.Ana sent my office a letter accusing Defendant of threatening its employees with termination and deportation if they cooperate with the Department. Plaintiff's counsel further demanded that my client stipulate to a preliminary injunction.

4.     On May 16, 2022, I met and conferred with Plaintiff's counsel regarding Plaintiff's allegations. I informed her that Defendant denied the allegations and would not stipulate to a preliminary injunction based on conduct it did not undertake. Plaintiff's counsel did not respond.

5.     Nearly two months later, this motion for a temporary restraining order followed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on July 6, 2022, at Sacramento, California.

_/s/ Alden J. Parker_
Alden J. Parker

DECLARATION OF ALDEN J. PARKER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
APPLICATION FOR TEMPORARY RESTRAINING ORDER

FP 44459498.1