SEEMA NANDA
Solicitor of Labor
MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV
Counsel for Wage and Hour
JENNIFER L. STA.ANA
Trial Attorney (Cal. Bar No. 307977)
KARLA MALAGON CASTILLO
Trial Attorney (Cal. Bar No. 320505)
UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-7767
Fax: (415) 625-7772
Email: staana.jennifer.l@dol.gov

*Attorneys for Plaintiff Martin J. Walsh,
United States Secretary of Labor*

Alden J. Parker (SBN 196808)
E-Mail:  aparker@fisherphillips.com
Christina M. Anton (SBN 340329)
E-Mail:  canton@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

*Attorneys for Defendants Che Garibaldi dba
Taqueria Garibaldi, Eduardo Hernandez,
Hector Martinez Galindo, Alejandro Rodriguez*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>CHE GARIBALDI dba TAQUERIA GARIBALDI, a California corporation; EDUARDO HERNANDEZ, an individual; HECTOR MANUAL MARTINEZ GALINDO, an individual; and ALEJANDRO RODRIGUEZ, an individual,<br><br>Defendants. | Case No. 2:22-CV-00756-WBS-KJN<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271
Case No. 2:22-CV-00756-WBS-KJN                                                                                                   Page 1

FP 45730582.3

Pursuant to Local Rule 271, Section VIII of the Status (Pretrial Scheduling) Order (Dkt. 29), and agreed upon by the parties in Section XIII of the Joint Case Management Report (Dkt. 27), the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program. Pursuant to 28 U.S.C. § 651 *et seq.*, Local Rule 271, and in recognition of the economic burdens and delay in resolving the matter, the parties respectfully request VDRP to be scheduled as early as practicable.

Dated: November 23, 2022

Respectfully submitted:

SEEMA NANDA
Solicitor of Labor
MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV
Counsel for Wage and Hour

By: */s/ Jennifer L. Sta.Ana*_____
JENNIFER L. STA.ANA
KARLA MALAGON CASTILLO
Trial Attorneys

*Attorneys for Plaintiff Martin J. Walsh*
*United States Secretary of Labor*

FISHER & PHILIPPS LLP

By: */s/ Alden J. Parker*_____
ALDEN J. PARKER
CHRISTINA M. ANTON

*Attorneys for Defendants Che Garibaldi dba Taqueria Garibaldi, Eduardo Hernandez, Hector Martinez Galindo, Alejandro Rodriguez*

IT IS SO ORDERED.

Dated:  November 28, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271
Case No. 2:22-CV-00756-WBS-KJN                                                                                       Page 2

FP 45730582.3