MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV
Counsel for Wage and Hour
JENNIFER L. STA.ANA
Trial Attorney (Cal. Bar No. 307977)
KARLA MALAGÓN CASTILLO
Trial Attorney (Cal. Bar No. 320505)
UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-7767
Fax: (415) 625-7772
Email: staana.jennifer.l@dol.gov

*Attorneys for Plaintiff Julie A. Su,
Acting United States Secretary of Labor*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU,[1] Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>CHE GARIBALDI dba TAQUERIA GARIBALDI, a California corporation; EDUARDO HERNANDEZ, an individual; HECTOR MANUAL MARTINEZ GALINDO, an individual; and ALEJANDRO RODRIGUEZ, an individual,<br><br>Defendants. | Case No. 2:22-CV-00756-WBS-KJN<br><br>**STIPULATION AND [PROPOSED] CONSENT JUDGMENT AND ORDER** |

---

[1] Acting Secretary Su is automatically substituted as Plaintiff based on the resignation of former Secretary Walsh. Fed. R. Civ. P. 25(d).

Plaintiff Julie A. Su, Acting United States Secretary of Labor ("Secretary"), and Defendants Che Garibaldi dba Taqueria Garibaldi, a California corporation; Eduardo Hernandez, an individual; Hector Manual Martinez Galindo, an individual; and Alejandro Rodriguez, an individual (collectively, the "Parties"), stipulate and agree to the terms of the attached proposed Consent Judgment and Order as a final resolution of this action. The Parties further stipulate and agree that the proposed Consent Judgment and Order, upon entry, shall operate as final judgment in this action.

Dated: April 28, 2023

    SEEMA NANDA
    Solicitor of Labor
    MARC A. PILOTIN
    Regional Solicitor
    BORIS ORLOV
    Counsel for Wage and Hour

    _____
    JENNIFER L. STA.ANA
    KARLA MALAGÓN CASTILLO
    Trial Attorneys

    *Attorneys for Plaintiff Julie A. Su*
    *Acting United States Secretary of Labor*

    FISHER & PHILIPPS LLP

    _____
    ALDEN J. PARKER
    CHRISTINA M. ANTON

    *Attorneys for Defendants Che Garibaldi dba Taqueria Garibaldi, Eduardo Hernandez, Hector Martinez Galindo, Alejandro Rodriguez*

# CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2023, I electronically transmitted this document to the Clerk's Office using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Alden Parker
aparker@fisherphillips.com

Christina Anton
canton@fisherphillips.com

*Attorneys for Defendants*

Dated: April 28, 2023

*/s/ Jennifer L. Sta.Ana*
JENNIFER L. STA.ANA
